RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Marvin Binko Cox Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARVIN BINKO COX JR.,<br><br>　　　　　Defendant. | Case No. 2:13-cr-205-APG-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Amber Craig, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Marvin Binko Cox Jr., that the Revocation Hearing currently scheduled on November 23, 2015, be vacated and continued to a date and time convenient to the Court, but no earlier than seven (7) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Defense counsel has a scheduling conflict with the currently set date and time.

　　　2.　　Additional time is needed to investigate the allegations in the petition and attempt to resolve this case.

3. Mr. Cox is out of custody on home confinement and does not oppose this request.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 17th day of November, 2015

| RENE L. VALLADARES | DANIEL G. BOGDEN |
| Federal Public Defender | United States Attorney |

 */s/ Heidi A. Ojeda*  
By_____  
HEIDI A. OJEDA  
Assistant Federal Public Defender

 */s/ Amber M. Craig*  
By_____  
AMBER M. CRAIG  
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARVIN BINKO COX JR.,<br><br>　　　　Defendant. | Case No. 2:13-cr-205-APG-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, November 23, 2015 at 9:00 a.m., be vacated and continued to ___December 9, 2015___ at the hour of __9:30__ __a__.m.;. in Courtroom 6C.

　　DATED this __18th__ day of November, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3